# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division − Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:26−cv−01246−DOC−SK

City of Fountain Valley v. Oshkosh Corporation, et al.,
Assigned to: Judge David O. Carter
Referred to: Magistrate Judge Steve Kim
Related Case: 8:26−cv−00956−DOC−SK
Cause: 15:0001 Antitrust Litigation

Date Filed: 05/18/2026
Date Terminated: 06/08/2026
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**City of Fountain Valley**
*individually and on behalf of all others similarly situated*

represented by **Michael E Klenov**
Korein Tillery LLC
505 North 7th Street Suite 3600
Saint Louis, MO 63101
314−241−4844
Fax: 314−241−3525
Email: mklenov@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Oshkosh Corp.**

**Defendant**

**REV Group, Inc.**

**Defendant**

**Boise Mobile Equipment, Inc.**

**Defendant**

**Pierce Manufacturing, Inc.**

**Defendant**

**Ferrara Fire Apparatus, Inc.**

**Defendant**

**Emergency One (E−One), Inc.**

**Defendant**

**Kovatch Mobile Equipment**

**Defendant**

**Spartan Fire, LLC**
*doing business as*
Spartan Emergency Response

**Defendant**

**Smeal Holding, LLC**
*doing business as*
Smeal Fire Apparatus Co.

**Defendant**

**Smeal LTC, LLC**
*doing business as*
Ladder Tower

**Defendant**

**Siddons−Martin Emergency Group, LLC**

**Defendant**

**Pierce Atlantic Emergency Solutions, Inc.**

**Defendant**

**Hughes Fire Equipment, Inc.**

**Defendant**

**Golden State Fire Apparatus, Inc.**

**Defendant**

**MacQueen Equipment, LLC**

**Defendant**

**South Coast Fire Equipment, Inc.**

**Defendant**

**Ten−8 Fire & Safety, LLC**

**Defendant**

**Conrad Fire Equipment, Inc.**

**Defendant**

**Firematic Supply Company, Inc.**

**Defendant**

**Front Range Fire Apparatus, Ltd.**

**Defendant**

**Reliant Fire Apparatus of Michigan, Inc.**
*doing business as*
Reliant Fire Apparatus, Inc.

**Defendant**

**Spartan Fire & Emergency Apparatus, Inc.**

**Defendant**

**Emergency Equipment Professionals, Inc.**

**Defendant**

**Halt Fire, Inc.**

**Defendant**

**Glick Fire Equipment Co., Inc.**

**Defendant**

**Minuteman Fire and Rescue Apparatus LLC**
*doing business as*
Allegiance Fire & Rescue

**Defendant**

**Metro Fire Apparatus Specialists, Inc.**

**Defendant**

**Greenwood Emergency Vehicles, LLC**

**Defendant**

**Fireline, Inc.**

**Defendant**

**Allsource Enterprises, LLC**
*doing business as*
Safe Industries, Inc.

**Defendant**

**Fire Service, Inc.**

**Defendant**

**Sunbelt Fire, Inc.**

**Defendant**

**Vogelpohl Fire Equipment, Inc.**

**Defendant**

**Atlantic Coast Fire Trucks, LLC**

**Defendant**

**W. Campbell Supply Company of Sussex County LLC**

**Defendant**

**Bulldog Fire Apparatus, Inc.**

**Defendant**

**Sea−Western, Inc.**

**Defendant**

**Emergency Vehicle Group, Inc.**

**Defendant**

**R & R Fire Truck Repair, Inc.**

**Defendant**

**Firefighter One, LLC**

**Defendant**

**411 Equipment LLC**

**Defendant**

**Absolute Fire Protection Company, Inc.**

**Defendant**

**First Due Equipment Sales & Repair, Inc.**
*formerly known as*
West Shore Fire, Inc.

**Defendant**

**Ed M. Feld Equipment Co., Inc.**

**Defendant**

**Pete's Equipment Repair, Inc.**

**Defendant**

**Fire Connections, Inc.**

**Defendant**

**Patriot Fire, LLC**

**Defendant**

**Banner Fire Equipment, Inc.**

__**Defendant**__

**First Choice Fire Apparatus, LLC**

__**Defendant**__

**Fire Truck Solutions, LLC**

__**Defendant**__

**Fire Safety USA, Inc.**

__**Defendant**__

**Fire Line Equipment, LLC**

__**Defendant**__

**Premier Fire Apparatus, Inc.**

__**Defendant**__

**Fire Master Fire Equipment, Inc.**

__**Defendant**__

**CSI Emergency Apparatus, LLC**

__**Defendant**__

**Hoosier Fire Equipment, Inc.**

__**Defendant**__

**Hawaii Specialty Vehicles, LLC**

__**Defendant**__

**Matheny Motor Truck Company**
*doing business as*
Matheny Fire & Emergency, LLC

__**Defendant**__

**Goodman Specialized Vehicles, LLC**

__**Defendant**__

**AAA Firepro of New Mexico, Inc.**

__**Defendant**__

**Colden Enterprises, Inc.**

__**Defendant**__

**Jerry's Transmission Service, Inc.**
*doing business as*
North Central Emergency Vehicles

**Defendant**

**Leo M. Ellebracht Company**

**Defendant**

**Payette Sales & Service, Inc.**

**Defendant**

**True North Equipment, Inc.**
*doing business as*
True North Emergency Equipment

**Defendant**

**Gorman Enterprises, Inc.**

**Defendant**

**A.E.C. Fire Safety and Security, Inc.**

**Defendant**

**Advantech Service and Parts LLC**
*doing business as*
Advantech 911 Service and Parts

**Defendant**

**Hendrickson Fleet Service, Inc.**
*doing business as*
Hendrickson Fire Rescue Equipment, Inc.

**Defendant**

**Northeast Emergency Apparatus, LLC**

**Defendant**

**Desorcie Emergency Products, LLC**

**Defendant**

**Fire Apparatus & Supply Team, Inc.**

**Defendant**

**American Emergency Response Training, Inc.**

**Defendant**

**Fire Department Service & Supply, Inc.**

**Defendant**

**Fire and Rescue Products of Harrisburg,**

**LLC**

**Defendant**

**New England Fire Equipment & Apparatus, Corp.**

**Defendant**

**Hall−Mark Fire Apparatus, Inc.**

**Defendant**

**Hall−Mark Fire Apparatus, LLC**

**Defendant**

**Hall−Mark Fire Apparatus − Texas, LLC**

**Defendant**

**Mile−Hi Fire Apparatus, Inc.**

**Defendant**

**Fired Up Rescue LLC**

**Defendant**

**Mid America Fire Apparatus, Inc.**
*doing business as*
Jon'd Mid America Fire Apparatus

**Defendant**

**Mid−America Fire & Safety, LLC**

**Defendant**

**Delmarva Pump Center, Inc.**
*doing business as*
DPC Emergency Equipment

**Defendant**

**Adirondack EVG, Inc.**
*doing business as*
Adirondack Emergency Vehichles

**Defendant**

**Northwest Fire Services, Inc.**

**Defendant**

**Keystone Fire Apparatus, Inc.**

**Defendant**

**Molines, Inc.**
*doing business as*
Big Sky Fire Equipment

**Defendant**

**1st Out Specialty Vehicle and Equipment LLC**

**Defendant**

**Maxi−Metal, Inc.**

**Defendant**

**Kalmilov Enterprises, Inc.**
*doing business as*
Fire Apparatus Solutions

**Defendant**

**A.E.C. Fire−Safety & Security, Inc.**

**Defendant**

**Spartan Fire, LLC**
*doing business as*
Spartan Fire Apparatus and Chassis

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2026 | Ï 1 | COMPLAINT Receipt No: ACACDC−42307387 − Fee: $405, filed by Plaintiff City of Fountain Valley. (Attorney Michael E Klenov added to party City of Fountain Valley(pty:pla))(Klenov, Michael) (Entered: 05/18/2026) |
| 05/18/2026 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff City of Fountain Valley. (Klenov, Michael) (Entered: 05/18/2026) |
| 05/18/2026 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff City of Fountain Valley. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Klenov, Michael) (Entered: 05/18/2026) |
| 05/22/2026 | Ï 4 | NOTICE OF ASSIGNMENT to District Judge Fred W. Slaughter and Magistrate Judge Douglas F. McCormick. (car) (Entered: 05/22/2026) |
| 05/22/2026 | Ï 5 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (car) (Entered: 05/22/2026) |
| 05/22/2026 | Ï 6 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 05/22/2026) |
| 05/22/2026 | Ï 7 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Daniel A Epstein. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to |

| | | |
|---|---|---|
| | | appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 05/22/2026) |
| 05/22/2026 | Ï 8 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney George A Zelcs. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 05/22/2026) |
| 05/22/2026 | Ï 9 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Labeat Rrahmani. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 05/22/2026) |
| 05/22/2026 | Ï 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to All Defendants. (car) (Entered: 05/22/2026) |
| 05/27/2026 | Ï 11 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. Related Case− filed. Related Case No: 8:26−cv−00956−DOC−(SKx). Case transferred from Magistrate Judge Douglas F. McCormick and Judge Fred W. Slaughter to Judge David O. Carter and Magistrate Judge Steve Kim for all further proceedings. The case number will now reflect the initials of the transferee Judge 8:26−cv−01246−DOC−(SKx). Signed by Judge David O. Carter (dve) (Entered: 05/27/2026) |
| 05/29/2026 | Ï 12 | INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER. (kdu) (Entered: 05/29/2026) |
| 06/01/2026 | Ï 13 | Conditional Transfer Order − 7 from the United States Judicial Panel on Multidistrict Litigation, MDL 3179, transferring case to USDC, Eastern District of Wisconsin and assigned to Honorable William C. Griesbach. Case transferred electronically. (MD JS−6. Case Terminated.) (twdb) Modified on 6/9/2026 (twdb). (Entered: 06/08/2026) |